511 A.2d 754

**In re Nomination Petition of Pete WAGNER for the Office of Representative in the General Assembly Pennsylvania District 22.**

**Appeal of Steve SEVENTY.**

Supreme Court of Pennsylvania.

Argued April 16, 1986.

Decided April 24, 1986.

William Martin Sloane, Camp Hill, for appellant.

Michael Q. Davis, Jeannine Turgeon, Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM:

Orders affirmed. Opinion to follow.

ZAPPALA, J., dissents and will file a dissenting opinion.

LARSEN, J., dissents.